<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Faust Family Limited Partnership #2,   :
                        Appellant   :
                                           :

                      v.                   :
                                         :

G. William Adams, Eileen M. Adams,  :
Jason J. Unger, Amy Unger,  :
Thomas R. Ament, Amy Craig Ament,  :
Edward Anderson, Katelyn Anderson,  :
Ashman Family Trust, William E.  :
Austin, Jr., Amy S. Austin, Richard L.  :
Bachman, Joanne Bachman, William C.  :
Bartlett, Becky A. Bartlett, Lori R.  :
Beaumont, David C. Beaumont, Craig  :
C. Becker, Roberta A. Becker, Philip C.  :
Bertolino, II, Jay D. Beslanovits,  :
Jennifer C. Beslanovits, Stephen Ross  :
Betz, Dayna Christine Betz, Richard  :
Bickert, Andrea Lee Bickert, Andrew P.  :
Billet, Donna M. Billet, Thomas R.  :
Bitler, Blue Eagle Acres, LLC, George  :
Bonomo, Carla Bonomo, David E.  :
Borghesani, Melody M. Borghesani,  :
Charles P. Brown, Julia A. Brant,  :
Elaine V. Brown, Harpreet Buttar,  :
Charles Cagno, Jr., Jennifer Kszak,  :
Scott E. Carty, Kathleen M. Chandler,  :
Adem Y. Chaushev, Waylon W.  :
Christensen, Ellen K. Christensen,  :
Albino R. Ciotti, Catherine Ciotti,  :
Robert Cleary, Kristen Carrezola,  :
David M. Conn, Susan A. Conn,  :
Joseph B. Cooper, Cathleen Cooper,  :
Jeremy Copeland, William A.  :
Corriere, III, Brianna R. Sager,  :
Thomas G. Daggett, Amy M. Daggett,  :
Garen F. Danyi, Michele B. Danyi,  :
Joseph B. Dara, Catherine T. Dara,  :
William Davila, Carole Davila,  :
Alan Davis, Jill S. Davis,  :
Thomas M. Davis, Lois A. Davis,  :
Scott A. Dech, Christine M. Dech,  :

Magda Delgado, Anthony J.                           :
Dellanno, Jr., Lori Dellanno,                       :
Peter G. Deraymond, Roxanne M.                      :
Deraymond, Nicholas E. Devaney,                     :
Amanda J. Devaney, Raymond W.                       :
Dezzi, II, Stephanie N. Dezzi,                      :
Steven R. Diehl, Gale E. Heimbecker,                :
Robert N. Dollinger, William A. Dorko,              :
Joanne M. Dorko, Michael A.                         :
Dragovich, Paul Dragovich, Jr.,                     :
Cynthia A. Dragovich, Timothy M.                    :
Dunn, Nancy L. Dunn, Glen D.                        :
Edwards, Shelley L. Edwards,                        :
Stephen L. Ennico, James R.                         :
Entwistle, Jessica K. Entwistle,                    :
Linda L. Farina, Brian Febert,                      :
Kathy Sue Febert, Donna A. Firman,                  :
Stephen A. Flamisch, Joyce A.                       :
Flamisch, James M. Flood, Lisa J.                   :
Flood, Daryl Fogel, Valerie Fogel,                  :
Michael P. Fogel, Tina M. Fogel,                    :
Ramie Frace, Richard C. Freed, Jr.,                 :
Susanna M. Freed, Thomas L. Freeman,                :
Mark D. Fuller, Laura B. Fuller,                    :
Kimberly L. Gabel, Robert A. George,                :
Debra J. George, Robert K. Getz, Jr.,               :
Debra A. Getz, Terrence B. Getz,                    :
Cheryl Getz, Timothy A. Getz,                       :
Michele D. Getz, Anthony G. Giordani,               :
Jr., Alyssa J. Giordani, Matthew S.                 :
Gold, Jaimee L. Harris, Mindi A.                    :
Guiliano, Michael J. Hammer, Sr.,                   :
Tamara L. Hammer, Robert C. Hauser,                 :
Sandra J. Hauser, John H. Heffner, Jr.,             :
Elaine M. Heffner, Roger F. Herman,                 :
Nancy M. Herman, Frank J. Hirst, III,               :
Donna Hirst, Troy G. Holub, Chris G.                :
Holub, Thomas P. Horan, Rebecca S.                  :
Horan, Gary P. Hordendorf,                          :
Mary Lou Hordendorf, Kara Renee                     :
Howarth, Richard T. Howell, Brendalee               :
Howell, Jeffrey E. Howey, Susan K.                  :
Howey, Thomas Hughes, Louise                        :
Hughes, James N. Hunt, Jill L. Hunt,                :
Michael J. Janis, Lorraine A. Janis,                :

Richard J. Johnson, Janet E. Johnson,          :
Anthony R. Jonas, Annamarie Jonas,             :
Margaret L. June, Joseph D. Rose, Sr.,         :
William P. Jurgensen, Jerilyn Jurgensen,       :
Abbey Kacsur, Kelly A. Keef, Candace           :
C. Keller, Janessa C. Keller, Peter E.         :
Kilpatrick, Mark S. Kopach, Donna L.           :
Kopach, Gary P. Korner, Deborah A.             :
Korner, Eugene Kresge, Dolores                 :
Kresge, Warren H. Kresge, Jr.,                 :
Anna Kresge, Cesar Laguna, Carmen              :
Teresa Laguna, Todd H. Lahr, Robin L.          :
Cunconan, Eric Lasso, Carey D.                 :
Laubach, Tina A. Laubach,                      :
Guy S. Laurin, Lea M. Laurin,                  :
Giuliano Liberatore, Mary Ann                  :
Liberatore, Andrew M. Linkowsky,               :
Kathleen Linkowsky, Randy Lobb,                :
Kelly Lobb, Corey Lollis,                      :
Claire Lollis, Troy L. Long, Christopher       :
D. Longcor, Tammy L. Longcor, Robert           :
J. Lovuolo, Ann M. Lovuolo, LSF 9              :
Master Participation Trust, Frank T.           :
Luizer, John M. Lyon, Lisa M. Meszler          :
Lyon, Brian D. Mack, Debra A. Mack,            :
George M. Makoul, Kathryn M.                   :
Makoul, Emanuel David Maltese, Jr.,            :
Nicole Maltese, Richard E. Mann,               :
Diane R. Mann, Joshua N. Marsh,                :
Misty M. Marsh, Robert P. Martin, II,          :
Toni Jo Martin, Marie J. Matejcek,             :
Robert J. McBride, Jennifer A.                 :
McBride, Terry L. McClellan,                   :
Deborah A. McClellan, Patrick                  :
McGaheran, Amy Paige McGaheran,                :
Meixsell Family Trust, Rita M. Metz,           :
Mark W. Miller, Sandra Miller,                 :
Keith H. Minnick, Jean D. Minnick,             :
Chris Morgano, Jean Morgano,                   :
Michael R. Morton, Denice M. Morton,           :
John Mularik, Joann Mularik, Luke              :
Joseph Nielsen, Annette Nicole Nielsen,        :
Dharam Nohar, Dihal Kewar,                     :

Chris E. Novak Robert G. Olewine,                :
Mary L. Olewine, Jason Borawski,                 :
Marianne Borawski, Olubunmi Oshodi,              :
Joseph Palmeri, Raymond R. Pasquel,              :
III, Karen Pasquel, Joseph J. Passaro,           :
Jr., Catherine A. Passaro, James A.              :
Peipher, Phyllis A. Peipher, Donald A.           :
Peterson, Sandra M. Peterson,                    :
Anthony M. Piasecki, Jose                        :
Plasencia, Gina Rodriguez, Darren A.             :
Podwats, Denise Podwats, Robert J.               :
Prosser, Linda A. Prosser, Edward A.             :
Quaranta, Tara A. Quaranta, Edward W.            :
Quinn, Patricia M. Quinn, Andrew                 :
Raseley, Howard J. Reed, Ross Reyes,             :
Gail Reyes, Richard D. Grifo, Brian C.           :
Rider, Terri L. Rider, Jody A. Rinker,           :
Jane L. Rinker, Barry L. Rissmiller,             :
Carolyn B. Rissmiller, Barry L.                  :
Rodenbough, Cynthia I. Rodenbough,               :
Mark R. Roth, Denise C. Roth,                    :
Frederick R. Sabatino, Donna Sabatino,           :
Tina M. Sargent, Adrian T. Sauers,               :
Kristen L. Sauers, James R. Schaffer,            :
Lynne R. Schaffer, Stephen A. Searfoss,          :
Matthew G. Seltzer, James R. Seng,               :
Colleen J. Seng, Alan T. Siegfried,              :
Sandra L. Siegfried, Eric Silfies,               :
Rebecca L. Szabo, Mark W. Singley,               :
Tammy M. Singley, John F. Skerchak,              :
Meganne Skerchak, Brian D. Sloan,                :
Kelly A. Keefe, Richard L. Slutter,              :
Mildred M. Slutter, Dennis G. Smith,             :
Joanne Smith, Jeffrey F. Soldridge,              :
Amanda J. Soldridge, Edward A.                   :
Stanchus, Jr., Kenneth M. Steiger,               :
Teresa M. Steiger, Daniel Steingall,             :
Kali Steingall, Louis Stellato, Jr.,             :
Susan E. Stellato, Robert J. Stevens,            :
Kimberly M. Stofanak, Gabriel Straub,            :
Aurelia A. Straub, Emmanuel Suarez,              :
Aileen Suarez, Sunnieside Realty, LLC,           :
Paul R. Swedar, Sandra J. Swedar,                :
Scott E. Sylvainus, Wendy S. Sylvainus,          :

Joseph F. Szaryas, Joanne V. Szaryas,  :
Frederick J. Szoke, Carol Szoke,  :
Laura T. Tashner, Stephen M. Tashner,  :
Lawrence A. Tashner, Ethel R. Tashner,  :
Tatamy Services, LLC, George D.  :
Timko, Mary Ann Timko, Robert E.  :
Tocheny, Jr., Dina M. Tocheny, Craig  :
H. Topping, Jennifer A. Topping,  :
Jerome Edward Torres, Shirley  :
Candaso Torres, Kristina L. Toth,  :
Michael A. Trach,  :
Mary Ellen Trach, Gayle E. Trenberth,  :
William R. Troxell, Christopher  :
Tsirigotis, Upper Nazareth Township,  :
James Vanderveer, Donna Vanetten,  :
Alexiss G. Vazquez, Kellie N. Voletto,  :
Niko F. Voletto, Gary P. Wapinski,  :
Kathleen A. Wapinski, Ronald E.  :
Watson, Karryn L. Watson, Ronald R.  :
Weidner, Beverly J. Weidner, Brian A.  :
Witmer, Kelly L. Witmer, Joseph R.  :
Wolf, Susan M. Wolf, Ralph T. Yob,  :
Jr., Debra Lee Young, Jesus Zaldivar,  :
Daniel J. Zelasko, John F. Zelko,  :
Lila M. Zelko, Michael Zembo,  :
Linda M. Zembo, James M.  :
Zielinski, Eileen N. Zielinski,  :   No. 677 C.D. 2024
and Tara M. Zurowski  :   Submitted: February 3, 2026


BEFORE:   HONORABLE ANNE E. COVEY, Judge
                  HONORABLE STACY WALLACE, Judge
                  HONORABLE MATTHEW S. WOLF, Judge

OPINION NOT REPORTED

MEMORANDUM OPINION BY
JUDGE COVEY                                         FILED:  March 16, 2026


Faust Family Limited Partnership #2 (Appellant) appeals from the
Northampton County Common Pleas Court's (trial court) May 2, 2024 order denying

Appellant's motion for post-trial relief (Post-Trial Motion).[1]  Appellant presents one issue for this Court's review: whether the trial court erred by granting Appellant fee title to only one-half of West Street (a paper street)[2] that is contiguous to Appellant's property located at 55 West 4th Street in Upper Nazareth Township (Township), Northampton County, Pennsylvania (Property), both of which are located in the Revised Plan of Lots of East End Improvement Company from 1905 (Revised Plan). After review, this Court reverses and remands.

On October 8, 1999, Appellant purchased the Property, which is abutted by three unpaved paper streets: West Street on the west side, Second Street on the south side, and Wood Street on the east side.  West, Second, and Wood Streets were established pursuant to the Revised Plan.  On September 17, 2021, Appellant filed a Complaint in the trial court seeking to claim title to West, Second, and Wood Streets.

---

[1]     Technically, an "[a]ppeal lies from the judgment entered and not the denial of post-trial motions," [*Crosby v. Dep't of Transp.*, 548 A.2d 281, 283 (Pa. Super. 1988)], and a "verdict [does] not become final for purposes of appeal until properly reduced to and entered as a formal judgment under [Pennsylvania Rule of Civil Procedure] [No.] 227.4." *Crystal Lake Camps v. Alford*, 923 A.2d 482, 488 (Pa. Super. 2007).

*Mitchell v. Milburn*, 199 A.3d 501, 504 n.3 (Pa. Cmwlth. 2018).  "[W]here a trial has taken place and timely post-trial motions have been filed . . . , the appeal period does not begin to run until the trial court has issued a decision on the post-trial motions." *Oak Tree Condo. Ass'n v. Greene*, 133 A.3d 113, 116 (Pa. Cmwlth 2016).  Thus, this Court construes Appellant's Notice of Appeal as a timely appeal from the trial court's May 22, 2024 order entering judgment in favor of the above-captioned Appellees and against Appellant.

[2] This Court has explained:

A "paper street" refers to a street which appears on the plan or zoning map of a municipality or on other publicly recorded documents such as subdivision plans and tax maps.  Where such a street has never been opened by the municipality or used by the public, it has no existence except on paper, and is therefore referred to as a "paper street."

*Tobin v. Radnor Twp. Bd. of Comm'rs*, 597 A.2d 1258, 1260 n.1 (Pa. Cmwlth. 1991).

6

The Township has never undertaken dedication nor exercised any maintenance responsibilities that would evidence a possessory interest in the paper streets.[3] None of the adjoining property owners have consented to the abolition of the paper streets.

The trial court held a non-jury trial on February 12, 2024. By April 2, 2024 order, the trial court declared that the Township had abandoned its rights of public use in West, Second, and Wood Streets as set forth in the Revised Plan, and directed that the property owners with land abutting the aforementioned paper streets shall take fee title to the center of each street, subject to any existing use easements. On April 11, 2024, Appellant filed the Post-Trial Motion, which the trial court denied on May 2, 2024. The trial court entered judgment in favor of the Appellees on May 22, 2024. Appellant appealed to this Court.[4, 5]

Initially, Section 1 of the Act of May 9, 1889, P.L. 173, provides:

> Any street, lane[,] or alley, laid out by any person or persons in any village or town plot or plan of lots, on lands owned by such person or persons in case the same has not been opened to, or used by, the public for [21] years next after the laying out of the same, shall be and have no force and effect and shall not be opened, without the consent of the owner or owners of the land on which the same has been, or shall be, laid out.

36 P.S. § 1961. Further,

---

[3] The Township has not asserted any ownership or control through any filing or pleadings. The Township's Counsel reaffirmed its position at the onset of the trial and waived any such title or control claims.

[4] "This Court's . . . review determines whether the trial court abused its discretion or committed an error of law and whether the trial court's factual findings are supported by substantial evidence." *Szabo v. Dep't of Transp.*, 212 A.3d 1168, 1172 n.3 (Pa. Cmwlth. 2019).

[5] By December 18, 2025 Order, this Court precluded the following Appellees from filing briefs because they failed to do so pursuant to this Court's January 22, 2025 Order: the Township, LSF9 Master Participation Trust, John A. Mularik, Joann Mularik, William C. Bartlett, Becky A. Bartlett, Thomas P. Horan, Rebecca S. Horan, Kristina L. Toth, Brian A. Witmer, Kelly L. Witmer, Gary Neil Asteak, Victor Emmanuel Scomillio, Gary A. Brienza, and Breeana Joelle Somers. The remaining Appellees filed a Notice of Non-Participation on September 11, 2024.

> [i]t is settled law in th[e] Commonwealth [of Pennsylvania] that where the side of a street is called for as a boundary in a deed, the grantee takes title in fee to the center of the street if the grantor had title to that extent and did not expressly or by clear implication reserve it.

*Heller v. Borough of S. Williamsport*, 408 A.2d 1172, 1173 n.2 (Pa. Cmwlth. 1979).

Appellant argues that the trial court erred by granting it fee title to only one-half of West Street contiguous to its Property located in the Revised Plan, given that no property to the west of West Street is included in the Revised Plan and no other property owners within the Revised Plan have a claim to the other half of West Street contiguous to the Property. Appellant insists that given that West Street is part of the Revised Plan, Appellant owns the entire width of West Street contiguous to its Property since all property to the west of West Street is located outside the boundary of the Revised Plan containing West Street. Appellant cites to *Ginder v. Eby* (Pa. Super. No. 1103 MDA 2022, filed July 28, 2023), which it concedes is a non-precedential decision, to support its position.

Although *Ginder* is a non-precedential decision, the Pennsylvania Superior Court, therein, relies upon *Landis v. Wilt*, 222 A.3d 28 (Pa. Super. 2019).[6] In *Landis*, the common pleas court

> concluded that, **by offering the** 1976 **deed that** conveyed Lot 41 from the Fitzes to the Stonesifers and **described the lot by reference to the** Smith Gardens **plan and Orchard View Drive**, **and by establishing that the relevant portion of Orchard View Drive not** [sic] **been opened as a public road**, **the Landises had presented sufficient evidence to demonstrate that they had title of the [d]isputed [a]rea**.

---

[6] "In general, [Pennsylvania] Superior Court decisions are not binding on this Court, but they offer persuasive precedent where they address analogous issues." *Lerch v. Unemployment Comp. Bd. of Rev.*, 180 A.3d 545, 550 (Pa. Cmwlth. 2018).

*Id*. at 36 (emphasis added).  The Pennsylvania Superior Court did not disturb that conclusion on appeal.[7]  *See id*.

> Here, the trial court explained:

> There is no evidence in the record of any express provisions in any plans or deeds which would direct a transfer or reversion of title of the subject paper streets in the event of an abandonment by the municipality.  It is settled law in Pennsylvania that where the side of a street is called for as a boundary in a deed, the grantee takes title in fee to the center of it, if the grantor had title to that extent, and did not expressly or by clear implication reserve it.

Trial Ct. Op. at 5.  However, Appellant offered, and the trial court accepted into evidence, its deed, which referenced both the Revised Plan and West Street, and the Revised Plan, which showed only Appellant's Property abutting West Street.  Based thereon, this Court holds that Appellant presented sufficient evidence to support a conclusion that West Street's title reverted to Appellant when the Township abandoned it.

For all of the above reasons, the trial court's order is reversed, and the matter is remanded to the trial court to enter judgment regarding fee title of West Street in Appellant's favor.

_____
ANNE E. COVEY, Judge

---

[7] The common pleas court in *Ginder* found the same evidence (i.e., a deed that mentions both the plan and the subject street, and evidence that shows that the street was never opened) sufficient to grant ownership of the entire unopened street to the owner of the property.  The Pennsylvania Superior Court did not disturb that determination.  *See id*.

# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Faust Family Limited Partnership #2,     :
                    Appellant     :
     :
          v.     :
     :

G. William Adams, Eileen M. Adams,   :
Jason J. Unger, Amy Unger,   :
Thomas R. Ament, Amy Craig Ament,   :
Edward Anderson, Katelyn Anderson,   :
Ashman Family Trust, William E.   :
Austin, Jr., Amy S. Austin, Richard L.   :
Bachman, Joanne Bachman, William C. :
Bartlett, Becky A. Bartlett, Lori R.   :
Beaumont, David C. Beaumont, Craig   :
C. Becker, Roberta A. Becker, Philip C. :
Bertolino, II, Jay D. Beslanovits,   :
Jennifer C. Beslanovits, Stephen Ross   :
Betz, Dayna Christine Betz, Richard   :
Bickert, Andrea Lee Bickert, Andrew P. :
Billet, Donna M. Billet, Thomas R.   :
Bitler, Blue Eagle Acres, LLC, George   :
Bonomo, Carla Bonomo, David E.   :
Borghesani, Melody M. Borghesani,   :
Charles P. Brown, Julia A. Brant,   :
Elaine V. Brown, Harpreet Buttar,   :
Charles Cagno, Jr., Jennifer Kszak,   :
Scott E. Carty, Kathleen M. Chandler,   :
Adem Y. Chaushev, Waylon W.   :
Christensen, Ellen K. Christensen,   :
Albino R. Ciotti, Catherine Ciotti,   :
Robert Cleary, Kristen Carrezola,   :
David M. Conn, Susan A. Conn,   :
Joseph B. Cooper, Cathleen Cooper,   :
Jeremy Copeland, William A.   :
Corriere, III, Brianna R. Sager,   :
Thomas G. Daggett, Amy M. Daggett,   :
Garen F. Danyi, Michele B. Danyi,   :
Joseph B. Dara, Catherine T. Dara,   :
William Davila, Carole Davila,   :
Alan Davis, Jill S. Davis,   :
Thomas M. Davis, Lois A. Davis,   :
Scott A. Dech, Christine M. Dech,   :

Magda Delgado, Anthony J.                    :
Dellanno, Jr., Lori Dellanno,               :
Peter G. Deraymond, Roxanne M.              :
Deraymond, Nicholas E. Devaney,             :
Amanda J. Devaney, Raymond W.               :
Dezzi, II, Stephanie N. Dezzi,              :
Steven R. Diehl, Gale E. Heimbecker,        :
Robert N. Dollinger, William A. Dorko,      :
Joanne M. Dorko, Michael A.                 :
Dragovich, Paul Dragovich, Jr.,             :
Cynthia A. Dragovich, Timothy M.            :
Dunn, Nancy L. Dunn, Glen D.                :
Edwards, Shelley L. Edwards,                :
Stephen L. Ennico, James R.                 :
Entwistle, Jessica K. Entwistle,            :
Linda L. Farina, Brian Febert,              :
Kathy Sue Febert, Donna A. Firman,          :
Stephen A. Flamisch, Joyce A.               :
Flamisch, James M. Flood, Lisa J.           :
Flood, Daryl Fogel, Valerie Fogel,          :
Michael P. Fogel, Tina M. Fogel,            :
Ramie Frace, Richard C. Freed, Jr.,         :
Susanna M. Freed, Thomas L. Freeman,        :
Mark D. Fuller, Laura B. Fuller,            :
Kimberly L. Gabel, Robert A. George,        :
Debra J. George, Robert K. Getz, Jr.,       :
Debra A. Getz, Terrence B. Getz,            :
Cheryl Getz, Timothy A. Getz,               :
Michele D. Getz, Anthony G. Giordani,       :
Jr., Alyssa J. Giordani, Matthew S.         :
Gold, Jaimee L. Harris, Mindi A.            :
Guiliano, Michael J. Hammer, Sr.,           :
Tamara L. Hammer, Robert C. Hauser,         :
Sandra J. Hauser, John H. Heffner, Jr.,     :
Elaine M. Heffner, Roger F. Herman,         :
Nancy M. Herman, Frank J. Hirst, III,       :
Donna Hirst, Troy G. Holub, Chris G.        :
Holub, Thomas P. Horan, Rebecca S.          :
Horan, Gary P. Hordendorf,                  :
Mary Lou Hordendorf, Kara Renee             :
Howarth, Richard T. Howell, Brendalee       :
Howell, Jeffrey E. Howey, Susan K.          :
Howey, Thomas Hughes, Louise                :
Hughes, James N. Hunt, Jill L. Hunt,        :
Michael J. Janis, Lorraine A. Janis,        :

Richard J. Johnson, Janet E. Johnson, :
Anthony R. Jonas, Annamarie Jonas, :
Margaret L. June, Joseph D. Rose, Sr., :
William P. Jurgensen, Jerilyn Jurgensen, :
Abbey Kacsur, Kelly A. Keef, Candace :
C. Keller, Janessa C. Keller, Peter E. :
Kilpatrick, Mark S. Kopach, Donna L. :
Kopach, Gary P. Korner, Deborah A. :
Korner, Eugene Kresge, Dolores :
Kresge, Warren H. Kresge, Jr., :
Anna Kresge, Cesar Laguna, Carmen :
Teresa Laguna, Todd H. Lahr, Robin L. :
Cunconan, Eric Lasso, Carey D. :
Laubach, Tina A. Laubach, :
Guy S. Laurin, Lea M. Laurin, :
Giuliano Liberatore, Mary Ann :
Liberatore, Andrew M. Linkowsky, :
Kathleen Linkowsky, Randy Lobb, :
Kelly Lobb, Corey Lollis, :
Claire Lollis, Troy L. Long, Christopher :
D. Longcor, Tammy L. Longcor, Robert :
J. Lovuolo, Ann M. Lovuolo, LSF 9 :
Master Participation Trust, Frank T. :
Luizer, John M. Lyon, Lisa M. Meszler :
Lyon, Brian D. Mack, Debra A. Mack, :
George M. Makoul, Kathryn M. :
Makoul, Emanuel David Maltese, Jr., :
Nicole Maltese, Richard E. Mann, :
Diane R. Mann, Joshua N. Marsh, :
Misty M. Marsh, Robert P. Martin, II, :
Toni Jo Martin, Marie J. Matejcek, :
Robert J. McBride, Jennifer A. :
McBride, Terry L. McClellan, :
Deborah A. McClellan, Patrick :
McGaheran, Amy Paige McGaheran, :
Meixsell Family Trust, Rita M. Metz, :
Mark W. Miller, Sandra Miller, :
Keith H. Minnick, Jean D. Minnick, :
Chris Morgano, Jean Morgano, :
Michael R. Morton, Denice M. Morton, :
John Mularik, Joann Mularik, Luke :
Joseph Nielsen, Annette Nicole Nielsen, :
Dharam Nohar, Dihal Kewar, :

Chris E. Novak Robert G. Olewine,   :
Mary L. Olewine, Jason Borawski,   :
Marianne Borawski, Olubunmi Oshodi,   :
Joseph Palmeri, Raymond R. Pasquel,   :
III, Karen Pasquel, Joseph J. Passaro,   :
Jr., Catherine A. Passaro, James A.   :
Peipher, Phyllis A. Peipher, Donald A.   :
Peterson, Sandra M. Peterson,   :
Anthony M. Piasecki, Jose   :
Plasencia, Gina Rodriguez, Darren A.   :
Podwats, Denise Podwats, Robert J.   :
Prosser, Linda A. Prosser, Edward A.   :
Quaranta, Tara A. Quaranta, Edward W. :
Quinn, Patricia M. Quinn, Andrew   :
Raseley, Howard J. Reed, Ross Reyes,   :
Gail Reyes, Richard D. Grifo, Brian C.   :
Rider, Terri L. Rider, Jody A. Rinker,   :
Jane L. Rinker, Barry L. Rissmiller,   :
Carolyn B. Rissmiller, Barry L.   :
Rodenbough, Cynthia I. Rodenbough,   :
Mark R. Roth, Denise C. Roth,   :
Frederick R. Sabatino, Donna Sabatino,   :
Tina M. Sargent, Adrian T. Sauers,   :
Kristen L. Sauers, James R. Schaffer,   :
Lynne R. Schaffer, Stephen A. Searfoss, :
Matthew G. Seltzer, James R. Seng,   :
Colleen J. Seng, Alan T. Siegfried,   :
Sandra L. Siegfried, Eric Silfies,   :
Rebecca L. Szabo, Mark W. Singley,   :
Tammy M. Singley, John F. Skerchak,   :
Meganne Skerchak, Brian D. Sloan,   :
Kelly A. Keefe, Richard L. Slutter,   :
Mildred M. Slutter, Dennis G. Smith,   :
Joanne Smith, Jeffrey F. Soldridge,   :
Amanda J. Soldridge, Edward A.   :
Stanchus, Jr., Kenneth M. Steiger,   :
Teresa M. Steiger, Daniel Steingall,   :
Kali Steingall, Louis Stellato, Jr.,   :
Susan E. Stellato, Robert J. Stevens,   :
Kimberly M. Stofanak, Gabriel Straub,   :
Aurelia A. Straub, Emmanuel Suarez,   :
Aileen Suarez, Sunnieside Realty, LLC, :
Paul R. Swedar, Sandra J. Swedar,   :
Scott E. Sylvainus, Wendy S. Sylvainus, :

Joseph F. Szaryas, Joanne V. Szaryas, :
Frederick J. Szoke, Carol Szoke, :
Laura T. Tashner, Stephen M. Tashner, :
Lawrence A. Tashner, Ethel R. Tashner, :
Tatamy Services, LLC, George D. :
Timko, Mary Ann Timko, Robert E. :
Tocheny, Jr., Dina M. Tocheny, Craig :
H. Topping, Jennifer A. Topping, :
Jerome Edward Torres, Shirley :
Candaso Torres, Kristina L. Toth, :
Michael A. Trach, :
Mary Ellen Trach, Gayle E. Trenberth, :
William R. Troxell, Christopher :
Tsirigotis, Upper Nazareth Township, :
James Vanderveer, Donna Vanetten, :
Alexiss G. Vazquez, Kellie N. Voletto, :
Niko F. Voletto, Gary P. Wapinski, :
Kathleen A. Wapinski, Ronald E. :
Watson, Karryn L. Watson, Ronald R. :
Weidner, Beverly J. Weidner, Brian A. :
Witmer, Kelly L. Witmer, Joseph R. :
Wolf, Susan M. Wolf, Ralph T. Yob, :
Jr., Debra Lee Young, Jesus Zaldivar, :
Daniel J. Zelasko, John F. Zelko, :
Lila M. Zelko, Michael Zembo, :
Linda M. Zembo, James M. :
Zielinski, Eileen N. Zielinski, : No. 677 C.D. 2024
and Tara M. Zurowski :

O R D E R

AND NOW, this 16th day of March, 2026, the Northampton County Common Pleas Court's (trial court) May 2, 2024 order is reversed, and the matter is remanded to the trial court to enter judgment in favor of Faust Family Limited Partnership #2 regarding fee title of West Street.

Jurisdiction is relinquished.

_____
ANNE E. COVEY, Judge